# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**HAPPY STOMPINGBEAR**  **PLAINTIFF**
**ADC #651503**

**V.**   **NO. 4:18-cv-00827-KGB-ERE**

**WENDY KELLEY,** *et al.*   **DEFENDANTS**

## ORDER

Pending before the Court is Plaintiff Happy Stompingbear's motion for an extension of time and copies. *Doc. 274*. In his motion, Mr. Stompingbear explains that he needs copies of additional case law to respond to Defendants' motion for summary judgment.

IT IS THEREFORE ORDERED THAT:

1. Mr. Stompingbear's motion for extension of time and copies (*Doc. 274*) is GRANTED.

2. Mr. Stompingbear's response to Defendants' motion for summary judgment is now due by **July 18, 2022**. Mr. Stompingbear is cautioned that, based on the amount of time this lawsuit has been pending, the Court will be hesitant to grant any further extensions of time.

3. The Clerk is instructed to provide Mr. Stompingbear copies of docket entries 269, 272, and 273.[1]

4. The Clerk is instructed to provide a copy of this Order to the Warden and the Law Library Supervisor at the East Arkansas Regional Unit, Post Office Box 970, Marianna, Arkansas 72360.

Dated this 22nd day of June, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Docket entries 272 and 273 are Defendants' responses to Mr. Stompingbear's motions for summary judgment.