THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**HAPPY STOMPINGBEAR**                                                          **PLAINTIFF**
**ADC #651503**

v.                     Case No. 4:18-cv-00827-KGB-ERE

**WENDY KELLEY, Director, Arkansas**
**Department of Correction,** *et al.*                                 **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date and this Court's prior Orders entered in this matter, it is considered, ordered, and adjudged that plaintiff Happy Stompingbear's operative amended complaint and all claims are dismissed consistent with the Court's Orders. The relief sought is denied.

So adjudged this the 29th day of September, 2023.

_____
Kristine G. Baker
United States District Judge